IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00301-BNB

ASA MEEK, #92031,

    Applicant,

v.

WARDEN FALK, SCF, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

## ORDER FOR STATE COURT RECORD AND TO ANSWER

After preliminary consideration of the Application for a Writ of Habeas Corpus filed Pursuant to 28 U.S.C. § 2254, IT IS ORDERED:

(1) Within **thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Eagle County District Court case number 05CR331, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2) Within **thirty (30) days from the date the state court record is provided to the Court**, Respondent(s) shall file an Answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts; and

  (3) Within **thirty (30) days** of the filing of the answer, Applicant may file a reply, if he desires; and

  (3) The Clerk of the Court is directed to send copies of this order to the clerk of the state court from which the case originated and to the Court Services Manager, State Court Administrator's Office by United States mail, first class postage prepaid, at the following addresses:

> Clerk of the Court
> Eagle County District Court
> 885 Chambers Avenue
> P.O. Box 597
> Eagle, Colorado 81631;
>
> Court Services Manager
> State Court Administrator's Office
> 101 W. Colfax, Suite 500
> Denver, Colorado  80202

DATED March 29, 2012, at Denver, Colorado.

        BY THE COURT:

         s/ Boyd N. Boland
        United States Magistrate Judge