**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-00301-MSK

ASA MEEK,

    Petitioner,

v.

WARDEN FALK, SCF, AND
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Opinion and Order Denying Petition for Writ of Habeas Corpus of Chief Judge Marcia S. Krieger entered on December 13, 2013 [#18] it is

    ORDERED That the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [#1] filed February 3, 2012, is denied and the case is closed.  It is

    FURTHER ORDERED that no certificate of appealability will issue because Petitioner has not made a substantial showing of the denial of a constitutional right. It is

    FURTHER ORDERED that leave to proceed in forma pauperis on appeal is denied. Petitioner may file a motion in the Tenth Circuit.

    Dated at Denver, Colorado this 16th day of December, 2013.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                                    By: s/Edward P. Butler
                                    Edward P. Butler, Deputy Clerk